UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES AARON MILLER,

    Defendant.

Case No. MJ11-382

**DETENTION ORDER**

Offense charged:

    Conspiracy to Utter Counterfeit Obligations or Securities.

Date of Detention Hearing: August 22, 2011.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Prior to his arrest in this case, defendant has been contacted on numerous occasions by law enforcement regarding criminal conduct. Despite these contacts, defendant has continued to

DETENTION ORDER - 1

engage in criminal activity. When arrested, defendant was found in possession of numerous counterfeit instruments. Defendant was charged earlier this year in state court with felony offenses. He failed to appear for his court hearing and a warrant for his arrest was issued. Although defendant has lived in Washington for a number of years, he does not have a place to release to. His father lives in another state and opposes his son's release.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

engage in criminal activity. When arrested, defendant was found in possession of numerous counterfeit instruments. Defendant was charged earlier this year in state court with felony offenses. He failed to appear for his court hearing and a warrant for his arrest was issued. Although defendant has lived in Washington for a number of years, he does not have a place to release to. His father lives in another state and opposes his son's release.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge